UNITED STATES of America,
Plaintiff–Appellee

v.

Daniel MONTIEL–RAMIREZ,
Defendant–Appellant

No. 16-40365
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 11/07/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee

Daniel Montiel–Ramirez, Pro Se

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Daniel Montiel–Ramirez has filed a motion to withdraw and a brief that relies on *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Montiel–Ramirez has filed a response. We have reviewed counsel's brief and the relevant parts of the record reflected therein, as well as Montiel–Ramirez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.